# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MANUEL GUADIAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-310-KC** |
| § | |
| **AMERICOR FUNDING LLC, d/b/a/** § | |
| **AMERICOR FINANCIAL, a Delaware** § | |
| **Corporation; and BANIR GANATRA,** § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered Plaintiff Manuel Guadian's Notice of Voluntary Dismissal ("Notice"), ECF No. 5, filed on August 28, 2023. In his Notice, Plaintiff requests dismissal of all claims against Defendant Banir Ganatra but does not request dismissal of all claims against Defendant Americor Funding LLC. However, the proposed order Plaintiff attached to the Notice indicates that Plaintiff wants to dismiss the entire case with prejudice, making it unclear whether Plaintiff seeks dismissal of the action or dismissal of Ganatra only.

Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that Plaintiff's claims against Defendant Banir Ganatra are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Banir Ganatra shall each pay their own costs and fees incurred in connection with Plaintiff's claims against Ganatra.

**IT IS FURTHER ORDERED** that Plaintiff shall **FILE** a notice **on or before September 19, 2023**, informing the Court whether he intends to proceed with his claims against Defendant Americor Funding LLC.

**SO ORDERED**.

**SIGNED this 29th day of August, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE